## ANN FURLONG, Admx.

### *v.*

## MARGARET RILEY *et al.*

*At Ottawa, September Term, 1882.*

REHEARING—*postponing consideration of petition until another cause is heard.* To postpone the decision upon an application for a rehearing until the consideration of another case pending, in which similar questions are supposed to be involved, would be but allowing, indirectly, additional arguments or suggestions in support of the petition for rehearing, after the time prescribed by the rules for the filing of the petition, which, under the prevailing practice in this court, will not be allowed, except upon special cause shown.

Pending an application for a rehearing in this cause, the petitioner moved the court to stay a decision upon that application until the court should come to the consideration of a certain other case which is on the docket of the present term, the reason assigned for such request being that the same questions are involved in the two cases, and that these questions have been very fully argued in the case now pending.

Messrs. M. A. RORKE & SON, for the motion.

MULKEY, J.: The avowed purpose of this motion is, that we may be brought to consider arguments and authorities made and presented in another case, as bearing upon the questions involved in the application for a rehearing in this case. This would but be indirectly permitting additional arguments or suggestions in support of the petition for rehearing, after the time prescribed by the rules for the filing of the petition, which, under the prevailing practice in this court, will not be allowed, except upon special cause shown. (*Hawley* v. *Simmons et al.* 101 Ill. 654.) We do not find here any special reasons for deviating from the usual practice. The motion will be denied.

*Motion denied.*